

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ADEKUNLE ADEWALE AKINDELE and GBOLAHAN DOLAPO OLAWOYIN, | § | |
| | § | |
| Appellants, | | |
| | § | No. 08-23-00139-CV |
| v. | | |
| | § | Appeal from the |
| MICHAEL BABATUNDE OSHODI, HEATHER HERNANDEZ, MAXUM | § | 143rd Judicial District Court |
| ENTERPRISES, L.L.C. D/B/A PILOT THOMAS LOGISTICS, L.L.C., JESUS R. | § | of Reeves County, Texas |
| MORFA, SV RELIABLE TRANSPORT, L.L.C. A/K/A SV RELIABLE OILFELD | § | (TC# 20-08-23655-CVR) |
| RENTALS, L.L.C., and FNF CONSTRUCTION INC., | § | |
| | | |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the motion to dismiss the appeal, which we construe as the Appellants' motion to dismiss because the parties have settled their dispute in the underlying litigation. We conclude the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal.

We further order that the costs of this appeal be taxed against the party incurring them. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 1ST DAY OF SEPTEMBER, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.